IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA LINGO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CITY OF ABBEVILLE, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:12cv888-WHA<br><br>(wo) |

**ORDER**

This cause is before the court on the Defendant's Motion to Dismiss for Failure to State a Claim (Doc. #14).

In its Motion, the Defendant seeks dismissal of the Plaintiff's claim for punitive damages. In response, the Plaintiff concedes that her the request for punitive damages is due to be dismissed. (Doc. #16).

Accordingly, it is hereby ORDERED that the Motion to Dismiss (Doc. #14) is GRANTED and the claim for punitive damages is DISMISSED.

Done this 4th day of January, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE